JACOB SHIDAEV, Esq. (CA SBN: 343616)
LAW OFFICES OF JACOB SHIDAEV
15335 Morrison St, Suite 3038
Sherman Oaks, CA 91403
jacob@shidaev.com
Tel: (424) 558 4141
Fax: (818) 273 5131

Attorney for PLAINTIFF, DONTE SANDERS, an individual:

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DONTE SANDERS,** an individual;<br><br>      Plaintiff,<br><br>  vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>      Defendant. | Case No. 5:25-cv-00538<br>_____<br><br>COMPLAINT FOR DAMAGES FOR:<br><br>  1)  FEDERAL TORT CLAIMS ACT<br>     (NEGLIGENCE);<br>         and<br>  2)  FEDERAL TORT CLAIMS ACT<br>     (DANGEROUS CONDITION ON<br>     GOVERNMENT PROPERTY);<br><br><br>Action Filed:<br>Trial Date:      None Yet |

    **TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    **COMES NOW,** PLAINTIFF, **DONTE SANDERS,** hereby alleges and avers as follows:

//

//

**JURISDICTION AND VENUE**

A. This Court has jurisdiction of this cause under 28 U.S.C. §§ 1331, 1332, 1343, 1346 (b), 1357, and 1367.

B. Venue is proper under 28 U.S.C. § 1391 in that a substantial part of the events or omissions giving rise to the claims occurred, or a substantial part of property that is the subject of the action is situated in and the action arises in the Central District of California.

**PARTIES**

1. Plaintiff, DONTE SANDERS ("Plaintiff"), is, and at all relevant times was, an adult individual residing in the State of California.

2. Defendant, UNITED STATES OF AMERICA, through its agency, FORT IRWIN SECURITY SERVICES, is responsible for the operations and safety of Fort Irwin, a federal military installation in California.

3. At all times relevant, plaintiff has complied with any claims notification statutes applicable in this action.

4. Defendant UNITED STATES OF AMERICA, through its agency FORT IRWIN SECURITY SERVICES, is sued for the acts and omissions of its employees, agents, and security officers acting within the course and scope of their employment.

**BASIC FACTUAL ALLEGATIONS**

5. On or about May 9, 2023, Plaintiff, a commercial truck driver, was lawfully delivering a load to Fort Irwin, a federal military installation in California.

6. After being instructed to pass through the main gate by a Fort Irwin security officer, Plaintiff proceeded through the main gate of Fort Irwin. A security officer employed by the United States, acting within the scope of their federal

employment, negligently deployed a security barrier without warning, causing Plaintiff's injuries.

7. The barrier violently lifted Plaintiff's semi-truck off the ground, subjecting him and his semi-truck to extreme violent force, instability, and serious harm and injury.

8. After the barrier dropped or released, Plaintiff and his semi-truck were violently dropped to the ground, causing more violent force, instability, and serious harm and injury to Plaintiff and significant damage to his semi-truck.

### FIRST CAUSE OF ACTION

### (FEDERAL TORT CLAIMS ACT - NEGLIGENCE)

9. Plaintiff incorporates by reference all prior paragraphs as though fully set forth herein.

10. Defendant owed Plaintiff a duty of care to operate and use the security barriers in a safe and reasonable manner, and breached that duty by negligently deploying and releasing the security barriers that caused the within above, harm, injuries and damages to Plaintiff.

11. As a direct and proximate result of Defendant's negligence and their breach of duty, Plaintiff has and will suffer general and special damages, in an amount to be determined at trial.

### SECOND CAUSE OF ACTION

### (FEDERAL TORT CLAIMS ACT - PREMISES LIABILITY)

12. Plaintiff incorporates by reference all prior paragraphs as though fully set forth herein.

13. Defendant owned, controlled, and maintained the premises at Fort Irwin, including the main gate security system and security barriers, which, upon information and

belief, were defective and did not employ sufficient training, safeguards, or pre-tensors, or emergency shutoffs, to prevent against accidental deployment or malfunction, including without limit, human error by government personnel responsible for the deployment of security barriers in failing to prevent the deployment of the security barriers that harmed, injured and damaged Plaintiff.

14.    Defendant negligently allowed a dangerous condition to exist, creating an unreasonable risk of harm to individuals lawfully on the premises.

15.    As a direct and proximate result of Defendant's breach of duty, Plaintiff has and will suffer general and special damages, in an amount to be determined at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For past and future general damages in an amount according to proof at trial;

2. For past and future special damages, including medical expenses, earnings capacity, lost income, loss of use of vehicle, diminished value of vehicle, loss of the ability to provide household services, in an amount according to proof at trial;

3. For compensation for property damage and repair costs;

4. For prejudgment and post-judgment interest as allowed by law;

5. For costs of suit incurred herein; and

---

**Original Complaint**
**- 4 -**

6. For such other and further relief as the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all issues so triable.

Dated: February 25, 2025        Respectfully Submitted,
**LAW OFFICES OF JACOB SHIDAEV**

By:        *Jacob Shidaev*

Jacob Shidaev, Esq.
Attorney for Plaintiff, **DONTE SANDERS**, an individual;