JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

DONTE SANDERS,

             Plaintiff,

             v.

UNITED STATES OF AMERICA,

             Defendant.

Case No. 5:25-cv-00820-DTB

**J U D G M E N T**

Pursuant to the Order Granting Defendant's Motion to Dismiss Complaint,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: January 22, 2026

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1